UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED
2018 FEB 21 P 1:09
U.S. DISTRICT COURT
EASTERN DIST. TENN.
_____ DEPT. CLERK

UNITED STATES OF AMERICA )
)  3:18-cr-16
v. )  Judges Varlan / Guyton
)
ROBERT WESLEY BANDY )

## INDICTMENT

The Grand Jury charges that, on or about December 2, 2017, in the Eastern District of Tennessee, the defendant, **ROBERT WESLEY BANDY**, having previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, firearms and ammunition.

[18 U.S.C. § 922(g)(1)]

A TRUE BILL:

███████████████████████
Grand Jury Foreperson

J. Douglas Overbey
United States Attorney

By: _____
Cynthia F. Davidson
Assistant United States Attorney